UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

YADWINDER SINGH,

Petitioner,

v.                                                    CAUSE NO. 3:26-CV-479-CCB-SJF

WARDEN,

Respondent.

## ORDER

In a prior order, the court conditionally granted the petition for a writ of habeas corpus under 28 U.S.C. § 2241 and ordered the respondent to release the petitioner if he was not provided with an individualized bond hearing on or before May 8, 2026. (ECF 7.) The respondent notified the court that the petitioner was provided with a bond hearing on May 8, 2026. (ECF 9.) Therefore, the court **DIRECTS** the clerk to enter judgment consistent with the court's order and to close this case.

SO ORDERED on May 15, 2026

_/s/ Cristal C. Brisco_
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT